UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA     :
                                :
    - v. -                 :        **ECF CASE**
                                :
GREGORY DANIEL,            :   **NOTICE OF APPEARANCE AND**
                                :   **REQUEST FOR ELECTRONIC**
     Defendant.          :        **NOTIFICATION**
                                :
                                :     **07 Cr. 1059 (BSJ)**
- - - - - - - - - - - - - - - - x

TO:   Clerk of Court

      United States District Court

      Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney for the
                                  Southern District of New York

                                by: /s/ Telemachus P. Kasulis
                                Telemachus P. Kasulis
                                Assistant United States Attorney
                                Tel: (212) 637-2411
                                Fax: (212) 637-2527

To: All Counsel of Record