

## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 5, 2008

**BY FACSIMILE**

The Honorable Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street
Suite 620
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC:
DATE FILED: 2/6/08

> *Re:*    *United States of America v. Gregory Daniel,*
>    **07 Cr. 1059 (BSJ)**

Dear Judge Jones,

      A conference in the above-captioned case is scheduled for 2:00 p.m. on February 8, 2008. Because the parties are still actively engaged in plea negotiations but because a disposition has not yet been reached, the parties jointly ask that the conference be adjourned until the week of February 25, 2008, or any other time convenient for the Court.

      If the Court is inclined to grant this adjournment, the Government also respectfully requests that time be excluded for the purposes of the Speedy Trial Act, Title 18, United States Code, Section 3161, until the date the Court sets for the next pretrial conference. The Government will use this time to continue to conduct plea discussions with the defense. The Government has obtained the consent of defense counsel to this request.

*Applications granted. The pretrial conference is adjourned to February 29, 2008 at 2PM. In the interest of justice for the reason stated above, speedy trial time is excluded from February 8, 2008 to February 29, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(A).*

*SO ORDERED*

*BARBARA S. JONES*
*U.S.D.J.*

cc:    Harry H. Rimm, Esq. (by facsimile)

*2/6/08*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Telemachus P. Kasulis
Assistant United States Attorney
(212) 637-2411