UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

                                                  07 Crim. 1059(BSJ)

           -against-

                                                  <u>ORDER</u>

GREGORY DANIEL

           Defendant.
----------------------------------------------------------X
BARBARA S. JONES, U.S.D.J.,

      The defendant having appeared before Magistrate Judge Debra C. Freeman on November 27, 2007 and defense counsel Harry Rimm, Esq. was assigned to represent the defendant as CJA counsel.

      SO ORDERED.

DATED: New York, New York
           June 3, 2008

                                            BARBARA S. JONES; U.S. DISTRICT JUDGE