**Local Criminal Notice of Appeal Form.**

**NOTICE OF APPEAL**
**United States District Court**

Southern _____ District of New York _____

UNITED STATES _____

Docket No.: **07-CR-1059 (BSJ)** _____

vs. GREGORY DANIEL _____

**Barbara S. Jones**
_____
(District Court Judge)

Notice is hereby given that **Gregory Daniel** _____ appeals to the United States Court of Appeals for the Second

Circuit from the judgment [_____], other [_____] _____
(specify)

entered in this action on **July 7, 2008** _____ .
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [☐]

This appeal concerns: Conviction only [☐]    Sentence only [☐]    Conviction and Sentence [✓]

Date **7/8/2008**
TO _____

*Telemachus Philip Kasulis*
*United States Attorney's office*
*One St. Andrew's Plaza*
*New York, New York 10007*
ADD ADDITIONAL PAGE (IF NECESSARY)
*212-637-2200*

**Harry H. Rimm**
_____
(Counsel for Appellant)

Address **Reed Smith LLP**
_____
**599 Lexington Avenue**
_____
**New York, NY 10020**
_____

Telephone Number: **212-205-6080**

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|

▶ **QUESTIONNAIRE**

▶ **TRANSCRIPT ORDER**

▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE)

[✓] I am ordering a transcript
[☐] I am not ordering a transcript
Reason
  [☐] Daily copy is available
  [☐] U.S. Attorney has placed order
  [☐] Other. Attach explanation

Prepare transcript of      Dates
[☐] Prepare proceedings _____
[☐] Trial _____
[☐] Sentencing _____
[☐] Post-trial proceedings _____

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [☐]   Funds [☐]   CJA Form 24 [✓]

ATTORNEY'S SIGNATURE _____    DATE **7/8/2008**

▶     **COURT REPORTER ACKNOWLEDGMENT**

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | | | |

Date _____    Signature _____
(Court Reporter)

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05